# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

United States of America

Plaintiff

v.

$354,510.00 in U.S. Currency

Defendants

Case No. Civil 01-497 PAM/JGL

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the United States' motions to strike the verified statement of Michael Wong, for default judgment against all unknown persons and for forfeiture of the defendant currency to the Government are granted.

DATE: August 31, 2001

RICHARD D. SLETTEN, CLERK

Victoria Morales

Victoria Moralez, Deputy Clerk

15